Argued and submitted July 9, affirmed August 4, 1993

## ROBERT ALLEN WALKER,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(92C12065; CA A77585)

855 P2d 1172

Garrett A. Richardson, Multnomah Defenders, Portland, filed the brief for appellant.

Michael C. Livingston, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *Troxel v. Maass,* 120 Or App 397, 853 P2d 294 (1993).